United States District Court

Eastern District of California

Andrew A. Cejas,

    Petitioner,                    No. Civ. S 05-1144 LKK PAN P

  vs.                                Order

Lou Blanes,

    Respondent.

-oOo-

    Petitioner, a state pretrial detainee without counsel, applied for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and requested leave to proceed in forma pauperis.

    Examination of the in forma pauperis affidavit reveals petitioner is unable to afford the costs of suit.  See 28 U.S.C. § 1915(a).

    Petitioner is charged with first degree murder by torture. He was arraigned and had a probable cause hearing; he is awaiting trial (and he does not complain of delay).  He complains that $100,000 bail is excessive and that the evidence at the preliminary hearing was inadequate and the judge displayed bias

1 by finding evidence of intent to torture from photographs of the
2 victim without cross-examination.

3     The writ "shall not extend to a prisoner unless he is in
4 custody in violation of the Constitution or laws or treaties of
5 the United States."  28 U.S.C. § 2241(c)(3).  A federal court
6 will not interfere with a state criminal prosecution unless
7 expressly permitted by Congress, necessary in aid of its
8 jurisdiction or to effectuate its judgments, or the petitioner
9 will suffer immediate and irreparable damages.  <u>Younger v.
10 Harris</u>, 401 U.S. 37, 43, 46 (1971).

11     Petitioner has not demonstrated cause for intervention by
12 this court and, accordingly, the court hereby orders that:

13     1.  Petitioner's request to proceed in forma pauperis is
14 granted.

15     2.  Petitioner has 30 days to show this court should not
16 abstain pursuant to <u>Younger v. Harris</u>.  Failure to do so will
17 result in a recommendation this action be dismissed.

18     So ordered.

19     Dated:  January 5, 2006.

20                                    <u>/s/ Peter A. Nowinski</u>
21                                  PETER A. NOWINSKI
                                 Magistrate Judge

22
23
24
25
26