IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

    Petitioner,               No. CIV S-05-1144 LKK PAN P

    vs.

LOU BLANAS,

    Respondent.           FINDINGS & RECOMMENDATIONS

_____/

        Petitioner is a state pretrial detainee proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. By order filed January 6, 2006, petitioner was ordered to show, within thirty days, why this court should not abstain pursuant to Younger v. Harris, 401 U.S. 37 (1971). The thirty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: February 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; ceja1144.fsc